UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | Case: 2:25−mj−30353 |
| v. | Assigned To : Unassigned |
| | Assign. Date : 6/2/2025 |
| Yunqing JIAN and Zunyong LIU, | Description: CMP USA V. SEALED (DJ) |
| Defendants. / | |

**MOTION AND ORDER TO SEAL
COMPLAINT AND ARREST WARRANT**

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrant, and all attendant papers for the reason that the Defendants may flee prior to appearance on the complaint. This sealing order is entered with the express exception that upon the arrest of the Defendant, the government may provide copies of the aforementioned documents to the following persons to facilitate the Defendant's appearance in court: the court and its staff, the United States Pretrial Services, the United States Probation Department, the United States Marshals Service, the Defendant, the Federal Community Defender's Office, and/or the Defendant's attorney. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/Michael C. Martin*
Michael C. Martin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Michael.C.Martin@usdoj.gov
(313) 226-9670

Dated:  June 2, 2025

**IT IS SO ORDERED.**

Hon. Kimberly G. Altman
United States Magistrate Judge

Entered:  June 2, 2025