UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Docket No. 25-mj-30353 |
| YUNQING JIAN,  Defendant. | ) ) ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter my appearance on behalf of the defendant, Yunqing Jian, in the above-captioned matter.

Respectfully submitted,

*/s/ Norman Zalkind*

Norman Zalkind (BBO #538880)
Zalkind Duncan & Bernstein LLP
65A Atlantic Avenue
Boston, MA 02110
T: (617) 742-6020
F: (617) 742-3269
nzalkind@zalkindlaw.com

Dated: June 12, 2025