UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Docket No. 25-mj-30353 |
| YUNQING JIAN, Defendant. | ) ) ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that as of August 23, 2025, the address for undersigned counsel will be 2 Oliver Street, Suite 200, Boston, MA 02109.

Respectfully submitted,

/s/ Norman Zalkind
_____
Norman Zalkind (BBO #538880)
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
T: (617) 742-6020
F: (617) 742-3269
nzalkind@zalkindlaw.com

Dated: August 8, 2025

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon all parties by electronic filing on the above date.

                                                        /s/ Norman Zalkind
                                                        Norman Zalkind

Case 2:25-mj-30353-DUTY   ECF No. 19, PageID.49   Filed 08/08/25   Page 2 of 2